A CERTIFIED TRUE COPY
ATTEST
By Denise Morgan-Stone on Sep 24, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION

Sep 08, 2009

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

09-C-462

## CONDITIONAL TRANSFER ORDER (CTO-326)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,834 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 24, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9/30/09
Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## SCHEDULE CTO-326 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| ~~CAC~~ | ~~2~~ | ~~09-6092~~ | ~~Lilia Nepomuceno, et al. v. A.W. Chesterton Co., et al.~~ **Opposed 9/23/09** |
| CALIFORNIA NORTHERN | | | |
| ~~CAN~~ | ~~3~~ | ~~09-3786~~ | ~~John Madden v. A.H. Voss Co., et al.~~ **Opposed 9/23/09** |
| ~~CAN~~ | ~~3~~ | ~~09-3938~~ | ~~Wayne Hartman v. Leslie Controls, Inc., et al.~~ **Opposed 9/23/09** |
| ~~CAN~~ | ~~3~~ | ~~09-3953~~ | ~~Paul Simme v. Asbestos Defendants (B-P), et al.~~ **Opposed 9/23/09** |
| CONNECTICUT | | | |
| CT | 3 | 09-1093 | Pauline Sanborn, etc. v. Buffalo Pumps, Inc., et al. |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 09-61236 | Lorin Bolton-Munach, etc. v. Anchor Packing Co., Inc., et al. |
| GEORGIA SOUTHERN | | | |
| ~~GAS~~ | ~~2~~ | ~~09-134~~ | ~~Anderson Kelly v. General Electric Co., et al.~~ **Opposed 9/23/09** |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 09-1450 | Cherri B. Farris, etc. v. Chevron Corp., et al. |
| ILLINOIS SOUTHERN | | | |
| ILS | 3 | 09-329 | Vashti Murray, et al. v. BNSF Railway Co. |
| INDIANA NORTHERN | | | |
| INN | 2 | 09-59 | James H. Johnson, et al. v. A.W. Chesterton Co., et al. |
| INDIANA SOUTHERN | | | |
| INS | 1 | 09-1028 | Lola M. Spicer v. Asbestos Corp., Ltd., et al. |
| INS | 1 | 09-1052 | Carolyn Musselman, et al. v. American Standard, Inc., et al. |
| ~~INS~~ | ~~1~~ | ~~09-1053~~ | ~~E. Joann Fallowfield v. A.W. Chesterton, Inc., et al.~~ **Opposed 9/22/09** |
| INS | 2 | 09-251 | Dennis Crowder, et al. v. Foster Wheeler LLC, et al. |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 09-5898 | Betty Najolia Eckerle v. Northrop Grumman Ship Systmes, Inc., et al. |

## MDL No. 875 - Schedule CTO-326 Tag-Along Actions (Continued)

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **MAINE** | | | |
| ME | 1 | 09-367 | Gloria Hogan-Wheeler v. Eckel Industries, Inc., et al. |
| ME | 1 | 09-374 | Erland B. Campbell, et al. v. Metropolitan Life Insurance Co., et al. |
| **NORTH CAROLINA MIDDLE** | | | |
| NCM | 1 | 09-606 | Joyce Juanita Bryson, etc. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-621 | Joseph Greenlee Hicks, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-626 | Louise H. Isenhour, etc. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-627 | Jackson Wayne Davis, et al. v. A.W. Chesterton Co., et al. |
| NCM | 1 | 09-649 | Peter Perkins Wilson, et al. v. A.W. Chesterton Co., et al. |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 09-259 | Thurston Lionelle Patterson v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-276 | Gary Robert Pearson, et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-310 | Laura O. Smathers, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-314 | Ronald Harvey Humphries, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-315 | Warren Bryant Singleton v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-317 | Cohen S. Mathews, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-318 | Mozelle J. Howie, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-319 | Mona Lee Almond Wright, etc. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-330 | Kirby Dale Sechrist, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-334 | Nancy Irene Garrison, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-337 | Samuel James June, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-339 | Robert Michael Anthony, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-343 | Douglas Franklin Biggs v. A.W. Chesterton Co., et al. |
| **SOUTH CAROLINA** | | | |
| SC | 2 | 09-2163 | Tina Willis, etc. v. BW IP International, Inc., et al. |
| SC | 2 | 09-2219 | Edna Yvonne Grace, etc. v. Bayer Cropscience, Inc., et al. |
| SC | 8 | 09-2311 | James Larry Capell, et al. v. A.W. Chesterton Co., et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 09-1080 | Majorie M. Arnold, et al. v. American Optical Corp. |
| ~~WAW~~ | ~~3~~ | ~~09-5385~~ | ~~Jacob Edward Fischer v. Saberhagen Holdings, Inc., et al.~~ **Opposed 9/23/09** |
| **WISCONSIN WESTERN** | | | |
| WIW | 3 | 09-462 | Daryl D. Kelly v. CBS Corp., et al. |